```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04941
    MIRZA JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9773

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/03/2008 and was not confirmed.

      The case was dismissed without confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
AT&T                       UNSECURED        NOT FILED           .00         .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00         .00
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00         .00
GOLDEN EAGLE LLC           UNSECURED        NOT FILED           .00         .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED           .00         .00
ILLINOIS STATE LOTTERY     UNSECURED        NOT FILED           .00         .00
NICOR GAS                  UNSECURED        NOT FILED           .00         .00
CARSON PIRIE SCOTT RETAI   UNSECURED        NOT FILED           .00         .00
COMMERCIAL RECOVERY        UNSECURED        NOT FILED           .00         .00
EVON DERIWES               NOTICE ONLY      NOT FILED           .00         .00
EMC MORTGAGE               CURRENT MORTG         .00            .00         .00
EMC MORTGAGE               MORTGAGE ARRE    26000.00            .00         .00
CODILIS & ASSOCIATES       NOTICE ONLY      NOT FILED           .00         .00
TOYOTA FINANCIAL SERVICE   SECURED VEHIC         .00            .00         .00
PRO SE DEBTOR              DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------    --------------
TOTALS                           .00                 .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 04941 MIRZA JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/25/08              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```